**\*E-FILED 05-10-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLOW TV INTERNATIONAL, INC., | No. C11-00568 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE FAILURE TO APPEAR** |
| v. | |
| DOE 1 d/b/a CRICKLINX.COM, et al. | |
| Defendants. | |

This matter was set for a May 10, 2011 case management conference. There was no appearance. Accordingly, plaintiff's counsel, Holly Pranger, shall appear before this court on **May 17, 2011, 10:00 a.m.** and show cause why she should not be sanctioned for the failure to appear.

SO ORDERED.

Dated: May 10, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-00568-HRL Notice has been electronically mailed to:

2  Holly Pranger     hpranger@prangerlaw.com, tstordahl@prangerlaw.com

3  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.